**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL VAN BAALEN,

               Plaintiff,

     v.

MUTUAL OF OMAHA INSURANCE
COMPANY, ANDREW TODD SHADER,
JOSHUA HANLEY, AFFORDABLE
INSURANCE GROUP INC. and JANE DOES
1-5,

               Defendants.

Case No. 1:23-cv-00416-DHU-SCY

**ORDER GRANTING AGREED EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter, coming to be heard on the parties' "Agreed Extension of Time To Respond to Plaintiff's Complaint" filed on April 22, 2024 by Defendant Mutual of Omaha Insurance Company in the above-captioned matter (Dkt. 28, "Motion"), due notice having been given, the Court being fully apprised in the premises, the parties being in agreement, and for good cause shown, IT IS HEREBY ORDERED THAT: (i) the Motion is GRANTED for the reasons stated therein and (ii) Defendant Mutual of Omaha Insurance Company shall have until May 9, 2024 to file its answer and affirmative defenses to Plaintiff's Complaint (*see* Dkt. 1-2).

By: _____
       Hon. Steven C. Yarbrough
       United States Magistrate Judge

1